# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

IN THE MATTER OF THE ARREST OF

**NICOLA WILLIAM MONGO**

Case No.: 3:20-mj-00101-MMS

MAR 09 2020

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, JOLENE GOEDEN, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND TASK FORCE OFFICER BACKGROUND

1. I make this affidavit in support of an application for an arrest warrant for NICOLA WILLIAM MONGO (hereinafter "SUBJECT"). An investigation has revealed that there is probable cause to believe that the SUBJECT has committed a violation of 18 U.S.C. § 1591, sex trafficking of minors, or by force, fraud, and coercion.

2. I have been a Special Agent with the FBI since March 2004. Since that time, I have been assigned investigative responsibilities in the areas of crimes against children, human trafficking, violent gangs and criminal enterprise investigations in the FBI Anchorage Field Office, where I am currently assigned. The Anchorage Field Office is located within the District of Alaska. During this assignment, I have focused on child pornography, kidnapping, human trafficking, drug, violent gang, criminal enterprises, and felon in possession of a weapon investigations. I have been involved in cases involving the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants,

3:20-mj-00101-MMS  1

arrest warrants, and interviews of people involved in federal crimes and criminal enterprises.

3. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports and on my own investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violation of 18 U.S.C. § 1591.

MAR 09 2020

## RELEVANT STATUTES

4. The following statutes are relevant to this affidavit:

   a. 18 U.S.C. § 1591 prohibits a person from knowingly in or affecting interstate or foreign commerce from recruiting, enticing, harboring, transporting, providing, obtaining, or maintaining by any means a person or benefiting, financially or by receiving anything of value, from participation in a venture which has engaged in an act described above, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

## DEFINITIONS


MAR 09 2020

5. Based on my training and experience, I use the following technical terms to convey the following meanings:

   a. *Commercial Sex Act:* The term commercial sex act means any sex act, on account of which anything of value is given to or received by any person. 18 U.S.C. § 1591(e)(3).

   b. *Coercion:* The term coercion means threats of serious harm to or physical restraint against any person, any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraining against any person; or the abuse or threatened abuse of law or the legal process. 18 U.S.C. § 1591(e)(2).

   c. *Serious Harm:* The term serious harm means any harm, whether physical or nonphysical, including psychological, financial, or reputational harm, that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing commercial sexual activity in order to avoid incurring that harm. 18 U.S.C. § 1591(e)(4).

   d. *Computer:* The term "computer" means "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage

facility or communications facility directly related to or operating in conjunction with such device." *See* 18 U.S.C. §§ 2256(6) and 1030(e)(1). As used herein, a computer includes a cell phone, smart phone, tablet, and other similar devices capable of accessing the Internet.

    e. *Internet:* The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

    f. *Minor:* The term "minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

## BACKGROUND ON PROSTITUTION AND TRAFFICKING

6. Through my training and experience, I am aware of the following traits of prostitution and sex trafficking:

    a. Individuals who, through enticement, intimidation, or force, enlist individuals to become prostitutes, and who profit from the prostitution of others are called "pimps." Pimps are sometimes euphemistically referred to as "management."

    b. Pimps, as well as, prostitutes who are not "managed" have embraced the internet as a means of advertising services and communicating with customers.



MAR 09 2020

c. Certain web sites have been created to facilitate communications between prostitutes and their clients. These web sites allow pictures to be posted as part of advertisements. One of the more notable web sites relevant to prostitution in the District of Alaska is "Skipthegames.com." I have viewed prostitution advertisements on this web site.

d. Subjects who utilize the internet to post prostitution related advertisements on websites often use photographs in the advertisements. These photographs often show a nude or semi-nude female. These females are at times, under the age of 18 years old.

e. Advertisements for prostitutes often contain codes for the services provided. For example the term "w4m" means women for men. The term "in-calls only" refer that the prostitute will be providing the location for the sexual transaction. The term "donation" is often used to mean the cost for the sexual transaction.

f. Pimps attempt to avoid the attention of law enforcement through the high anonymity provided by the Internet.

g. Most juvenile prostitutes have pimps. Prostitutes will often refuse to divulge the identity of their pimps to law enforcement. Most pimps often instruct their prostitutes on what to say and what not to say to law enforcement.

h. Prostitutes are instructed by the pimp on how to detect undercover officers. When arranging "dates" with clients over the phone,

3:20-mj-00101-MMS  5

prostitutes rarely discuss the details pertaining to the sexual acts that are to occur until they meet in person. "Date" is a euphemism, along with "john" and "trick," used to describe the client of a prostitute.

i. The pimps at times use physical force and/or fear to control their prostitutes. They control the prostitutes' actions, and collect monies earned through acts of prostitution. The pimps facilitate the prostitution by transporting the prostitutes to locations where the prostitution occurs. The pimps, at times, transport prostitutes across state lines for the purpose of prostitution.

j. Prostitutes and/or pimps often stay in motels/hotels while traveling. The prostitutes and pimps travel via rental vehicles, vehicles, airplane, or bus during their travels. The pimps utilize the monies earned during acts of prostitution to purchase food, lodging, clothing and other items.

k. Pimps often possess firearms to assist in protecting and intimidating their prostitutes.

l. Pimps can sometimes sell drugs as another means to make money. In additions, pimps often provide drugs to prostitutes as a way of coercion and to ensure compliance, as well as to suppress their appetites and to assist with the demands of prostituting for long periods of time.

m. Pimps can be either male or female.



MAR 0 9 2020

3:20-mj-00101-MMS 6

Case 3:20-mj-00101-MMS   Document 1-1   Filed 03/09/20   Page 6 of 17

n. The term "daddy" is commonly used by prostitutes when referring to their pimps. The pimp's phone number is often programmed as "daddy" in the prostitute's cell phone.

o. Pimps often request or force their prostitutes to obtain tattoos of names and/or symbols that are related to the pimp's name or nickname.

p. Cell phones are ever-present in the pimp/prostitute sub-culture. Prostitutes utilize cellular telephones as a way to be contacted by clients. These phone numbers are included in the advertisements that are posted on various prostitution assisting web sites. Contact is made through phone calls as well as text messages.

q. Pimps and their prostitutes communicate with each other through cellular phones regarding prostitution activity. Communication is made through phone calls as well as text messages.

r. Pimps and prostitutes communicate with others involved in the prostitution/pimp sub-culture either by voice calls or text messages regarding prostitution/pimp activities.

s. Pimps and their prostitutes use cellular telephone cameras to take photographs of the prostitutes used in the prostitution advertisements.

t. Pimps and their prostitutes use cellular telephones to transmit photographs to email accounts and/or prostitution assisted internet sites.

u. Pimps and prostitutes use personal e-mail accounts to post their advertisements on prostitution assisting web sites.

MAR 09 2020

3:20-mj-00101-MMS 7

# **PROBABLE CAUSE**



MAR 0 9 2020

*Facts Relating to Victim A*

7. Victim A is an eighteen-year-old female who was interviewed multiple times in connection with several sex trafficking investigations.[1] Victim A provided the following information to law enforcement about SUBJECT:

    a. Victim A said that she met the SUBJECT when she was seventeen years old. She told the SUBJECT her age.

    b. Victim A stated the SUBJECT and two of his friends forced her and Victim B to post in an online escort service called Skip the Games. Victim A stated Victim B did the postings because Victim A did not know how to.[2]

    c. Victim A stated she had to give the SUBJECT or his friends all of the money she and Victim B made on dates and they would in turn give her half. They did not give Victim B any money because she was only fourteen years old.

    d. Victim A stated the SUBJECT owned and carried multiple guns and described them.

---

[1] Victim A's initial interview was on January 15, 2019. She has spoken multiple times with law enforcement about her involvement in sex trafficking. Victim A's statements have been generally corroborated by other evidence recovered in each of the cases about which she has provided information. Corroboration has come generally through digital records and other witness statements.

[2] I have seen postings on Skipthegames.com which show Victims A and B being advertised for sex acts. Law enforcement later learned that these photos were taken at the residence of Victim D. Victim D confirmed that it is Victim A and B in the photos, and that some of the photos were taken at her residence. Law enforcement has issued a subpoena to Skipthegames.com seeking production of the advertisements.

3:20-mj-00101-MMS                 8

e. Victim A stated when she and Victim B made dates, they would call the SUBJECT or one of his friends and they would pick her and Victim B up and take them to the date. Some of the dates occurred in hotels and were rented by the customer. When the date was complete, they would pick Victim A and B up and take half of the money they made from the date. Victim A stated she and Victim B mostly did "QVs," or quick visit dates for $100. (A "QV" is a date in which the customer pays for a sex act to be performed within a specific period of time.)

f. Victim A stated the sexual activity she and Victim B performed on dates included oral and vaginal sex. The SUBJECT provided Victim A with condoms and lubricants before dates and she in turn gave them to Victim B.

g. Victim A stated when she and Victim B did not want to go on dates, the SUBJECT became angry and at times would hit them in the face.

h. Victim A described an incident at Victim D's house in which she was told by the SUBJECT to engage in sexual acts with Victim B while the SUBJECT and his friends watched. Victim A then went on to say that the SUBJECT and the SUBJECT's friends proceeded to have sex with her and Victim B.

i. Victim A described the above-events occurring around or near Valentine's Day.

MAR 0 9 2020

*Facts Relating to Victim B*  MAR 0 9 2020

8.　　Victim B is a fifteen-year-old female. Victim B provided the following information to law enforcement:

   a. Victim B reported she met the SUBJECT through Victim A. Victim A told Victim B the SUBJECT was her boyfriend, her pimp, and her security guard. Victim B said that she first met Victim A in 2018.

   b. When Victim B met the SUBJECT, he told her she was young and asked if she was sixteen. Victim B was fourteen at the time and did not respond to the SUBJECT's question.

   c. Victim B stated Victim A told her to do dates with her. She denied having sex with anybody, but stated they would touch her.

   d. Victim B recalled one date in which the customer told Victims A and B he would pay them more if they drank. Victim A called the SUBJECT to ask permission and the SUBJECT told them not to drink. Victim B stated they were paid $120 for the date and she had to give $60 to the SUBJECT.

*Facts Relating to Victim C*

9.　　Victim C is fifteen-year-old female. Victim C provided the following information to law enforcement:

   a. Victim C reported she met the SUBJECT in July 2018 when she was thirteen years old. Victim C stated she told the SUBJECT she was thirteen years old. At the time, Victim C stated she was looking for her

mother and the SUBJECT indicated he knew her mother and would help her.

b. The SUBJECT told Victim C she would have to "sell her body" and Victim A "would teach her how to handle tricks."

c. Victim C stated she was required to work four days per week and earn $500 per day. She was told to charge $30 for fifteen minutes or $100 for an hour with a customer. The customers were required to wear a condom or pay an additional $200 to not wear one. These rules were issued by the SUBJECT to Victim A, who then relayed them to Victim C. The SUBJECT collected the money from the dates. He divided the money and gave Victim A a larger split of the money.

d. Victim C stated the SUBJECT had sex with her because he told her it would be required if she wanted him to help her mother. She was also made to have sex for free with the SUBJECT's friends.

e. Victim C stated the SUBJECT had a gun and threatened her and Victim A with the gun. Victim C also stated the SUBJECT physically assaulted her when she did not make enough money.[3]

MAR 09 2020

---

[3] On March 5, 2019, Anchorage Police Detective/ FBI Task Force Officer (TFO) Leonard Torres interviewed Victim A and inquired about her knowledge of Victim C. Victim A stated she told Victim C about the SUBJECT being a romance pimp while they were in McLaughlin Youth Center together. (A "Romance Pimp" is generally a pimp that induces cooperation among his victims through the use of affection, sexual activity, and emotional manipulation, as opposed to physical threats or violence. Most pimps use some combination of romance and violence.) Victim C said she wanted to get with the SUBJECT when she got out but Victim C did not know him. Victim A said the SUBJECT did not mess

3:20-mj-00101-MMS                    11

*Facts Relating to Victim D* 

MAR 09 2020

10. Victim D provided the following information:

   a. Victim D met the SUBJECT through Victim A. Victim D stated the SUBJECT tried to get her to prostitute for him. The SUBJECT asked her age and she said she was about to turn fifteen. The SUBJECT told her she could make a lot of money but she had to have sex with random men and would also have to give him half of the money. Victim D stated she declined his offer.

   b. Victim D stated she was present on at least two occasions when she observed Victim A and B give the SUBJECT money after a date.

   c. As it relates to Victim A's statement that Victims A and B were told by SUBJECT to engage in sexual acts with each other, and that afterwards SUBJECT and his friends had sex with Victims A and B, Victim D was present for that incident. Victim D said that this incident occurred at her house. Victim D observed Victim B performing oral sex on Victim A, while one of the SUBJECT's friends had sex with Victim B. Other individuals at the residence were observed masturbating during this incident.

---

with Victim C because she was thirteen. When asked to clarify because she had stated the SUBJECT didn't know Victim C, Victim A said the SUBJECT wouldn't have messed with her because of her age and continued to assert that the SUBJECT did not have any contact with Victim C.

## Snapchat Evidence and Other Corroboration

11. A review of Victim A's Snapchat account revealed the following information:

    a. A photo dated February 14, 2019, depicts Victim A holding a large amount of cash. Victim A stated this money was from a commercial sex date she just completed.

    b. A photo dated February 16, 2019, depicts Victim A standing in front of a mirror holding a large amount of cash fanned out. Victim B is standing behind Victim A taking the photo. Victim A stated this photo was taken in a customer's house and confirmed it was Victim B in the photo with her. Victim A stated both she and Victim B engaged in sex and/or oral sex with the customer on this date.

    c. A video dated February 19, 2019, shows Victim A, Victim B, the SUBJECT, and a friend of the SUBJECT in a stairwell. Victim A stated this video was taken after a date when the SUBJECT came to collect his money from them for the date.

    d. The account also contained a recorded message directed toward the SUBJECT. The voice on the message was Victim B's. The message stated, "Nicholas we need a ride. Cuz that's what you're supposed to help us with. Thank you."

MAR 0 9 2020

3:20-mj-00101-MMS                 13

Case 3:20-mj-00101-MMS   Document 1-1   Filed 03/09/20   Page 13 of 17

## Interview of Nicola Mongo

12. The SUBJECT was interviewed on three separate occasions. On two of those occasions he was interviewed about the sex trafficking of minors. The SUBJECT was advised of his *Miranda* Rights, waived, and agreed to make a statement on all three occasions.

13. On September 1, 2019, the SUBJECT provided the following information:

    a. The SUBJECT stated Victim A used to give him $100 every now and then but denied that she or anyone else worked for him.

    b. The SUBJECT stated Victim A and Victim B were prostituting and having sex with adult men. He acknowledged Victim B was fifteen years old and Victim A was seventeen years old.

    c. Initially, the SUBJECT stated Victim A and Victim B only prostituted two times, but later admitted it was more than two times. He said they would give him the money when he would ask for it.

    d. The SUBJECT denied Victim B ever gave him her money, but stated she would give it to Victim A, who in turn would give it to him. The SUBJECT acknowledged Victim A would give him half of the money she made and all of the money Victim B made on dates.

    e. The SUBJECT stated Victim A and B would call him for rides to and from dates. When he picked them up they would give him half the date money.

MAR 0 9 2020

3:20-mj-00101-MMS                  14

f. The SUBJECT denied being a pimp and said the girls just gave him money. He later stated he understood that getting money from girls who went on commercial sex dates was considered pimping. He agreed that he was pimping the girls and protecting them. The SUBJECT said he understood that even if the girls wanted him to be their pimp, they were underage and it was illegal.

14. On September 26, 2019, the SUBJECT provided the following information:

    a. The SUBJECT stated Victims A and B were doing their own business with grown men. He agreed he was helping them in their prostitution by providing them with rides, advice, and protection.

    b. The Agent played a recording from Victim A's Snapchat account in which Victim B stated "Nicholas we need a ride. Cuz that's what you're supposed to help us with. Thank you." In response, the SUBJECT stated the voice on the recording was Victim B's, and they were paying him for rides.

    c. The SUBJECT stated he would only transport the girls for gas money. He denied stating in his first interview that Victim A gave him half of the money she made and all of the money Victim B made.

15. At the time of the above interviews, Victim C was unknown to the SUBJECT so he was not asked about his interactions with her.



MAR 09 2020

*Summary of Probable Cause*

MAR 09 2020

16. For the reasons stated herein, I submit that there is probable cause to arrest NICOLA WILLIAM MONGO, for violations of 18 U.S.C. § 1591, sex trafficking of minors, or by force, fraud, and coercion. This probable cause is based on the following:

   a. The evidence shows that the SUBJECT communicated with four minor females about engaging in a commercial sex acts and giving him proceeds from these acts.

   b. Victim A reported engaging in commercial sex acts to include oral and vaginal penetration at hotels in Anchorage. The SUBJECT gave her rides to and from these dates and took half of the money.

   c. Victim B reported meeting the SUBJECT through Victim A. She described a date in which she made $120 and she gave $60 to the SUBJECT.

   d. Victim C reported engaging in commercial sex acts at the direction of the SUBJECT. She was required to turn the money over to the SUBJECT. He threatened her and physically assaulted her when she did not make enough money.

   e. Victim D was recruited by the SUBJECT to be a prostitute and observed Victims A and B give money to the SUBJECT.

   f. The SUBJECT admitted to driving the above victims to and from commercial sex dates. He admitted to collecting a portion of the money from these dates and to providing protection to the girls.

## CONCLUSION

17. For the foregoing reasons, I submit that there is probable cause to believe that NICOLA WILLIAM MONGO has committed a violation of 18 U.S.C. § 1591, sex trafficking of minors, or by force, fraud, and coercion.

MAR 0 9 2020

JOLENE GOEDEN
Special Agent, FBI
Child Exploitation Task Force

Subscribed and sworn to before me this
9 day of March, 2020.

Matthew M. Scoble
United States Magistrate Judge
District of Alaska
Anchorage, Alaska